[No. 1234-1.   Division One—Panel 2.   November 6, 1972.]

LEO H. STEINHAUER *et al., Respondents,* v. JAMES MCGUIRE *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 721162, Frank H. Roberts, Jr., J., entered February 26, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, A.C.J., and Callow, J.

[No. 1155-1.   Division One—Panel 2.   November 13, 1972.]

HARVEY J. ROTHSCHILD, *Individually and as Executor, et al., Respondents,* v. DONALD R. BURKE *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 722127, Robert M. Elston, J., entered June 3, 1971. *Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Farris, A.C.J., and Swanson, J.

[No. 1200-1.   Division One—Panel 1.   November 13, 1972.]

RICHARD CARLSON, *Appellant,* v. TERRY J. HALEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 726974, Ross R. Rakow, J., entered July 1, 1971. *Affirmed* by unpublished opinion per Williams J., concurred in by Horowitz, C.J., and Callow, J.

[No. 1010-1.   Division One—Panel 2.   November 13, 1972.]

JACK McCOY, *Respondent,* v. CASCADE CHRYSLER PLYMOUTH DEALERS, INC., *et al., Defendants,* BROADWAY CUSTOM FLOORS, INC., *Appellant.*

Upon rehearing. (See 7 Wn. App. 1002.) Appeal from a judgment of the Superior Court for Snohomish County, No. 97009, Thomas R. Stiger, J., entered February 5, 1972. *Reversed in part* by unpublished opinion per Farris, A.C.J., concurred in by Callow and Armstrong, JJ.